UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYWANNE ADAMS | CIVIL ACTION |
| VERSUS | NO. 13-5245 |
| BANKERS SPECIALTY INSURANCE GROUP | SECTION "N" (1) |

## **ORDER AND REASONS**

Before the Court is Bankers Specialty Insurance Group's Motion for Summary Judgment **(Rec. Doc. 23)**. *See* opposition and reply memoranda at Rec. Docs. 26 and 29.

In this Hurricane Isaac flood damage case, the plaintiff did submit to the defendant (a Write-Your-Own carrier in the National Flood Insurance Program) a timely sworn and signed proof of loss (POL) in support of her claim for building coverage policy limits under her Standard Flood Insurance Policy (SFIP). Her sworn POL states plainly that the full cost of repair exceeds the $160,000 policy limits and that the "net amount claimed" is $160,000. (Rec. Doc. 23-4). Plaintiff also timely submitted to the defendant her adjustor's estimate, which exceeded the net amount claimed (policy limits) and which detailed the items of loss. (Rec. Doc. 26-2). Thus, the proof of loss and substantial compliance cases cited by defendant are inapposite. The defendant has pointed the Court to no case holding that the detailed repair estimate and sworn statement of the amount claimed must be contained within the same document or submitted on the same date. Consequently, the Court finds that the defendant has failed to demonstrate that it is entitled to judgment as a matter of law on these facts.

Accordingly,

**IT IS ORDERED** that Bankers Specialty Insurance Group's Motion for Summary Judgment **(Rec. Doc. 23)** is **DENIED**.

New Orleans, Louisiana, this 10th day of April, 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**